In the Matter of the Application of the CITY OF ROCHESTER, NEW YORK, to Acquire Real Estate on Smith Street for Smith Street Bridge Widening and Approaches in the City of Rochester, New York.— Order denying city's motion for discontinuance affirmed, without costs. Order requiring commission to convene modified by directing commissioners to convene only upon notice and after appointment of a third commissioner by the Special Term, and as modified affirmed, without costs. All concur. (The proceeding was brought to condemn property for city uses.)

SOPHIE LACHCIK, as Administratrix, etc., of ALBERT LACHCIK, Deceased, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Sears, P. J., who dissents and votes for reversal. (The order denies a motion for a new trial because the verdict was not unanimous.)

ERNEST O. PHILLIPS, Appellant, v. GEORGE BAUER and Another, Respondents.— Judgment and order affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the facts and for a new trial. (Judgment is for damages in an automobile negligence action. The order denies motion for a new trial upon the ground that the verdict is inadequate.)

CHAUNCEY L. BIDLEMAN, Appellant, v. W. ELWIN DISINGER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion to dismiss the complaint in a slander action.)

CATHERINE LEWIS and Others, Respondents, v. THE STANDARD FIRE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion for a bill of particulars in an action on two fire insurance policies.)

FAHDA THOMAS, Respondent, v. THE STANDARD FIRE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion for a bill of particulars in an action on a fire insurance policy.)

In the Matter of the Application of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Certain Lands in the City of Buffalo, Claimed to Be Injured by the Change of Grade of Clinton Street, and Claimed to Be Owned by CARL MILLER, INC., and Others. (Proceeding No. 134.) — Orders affirmed, with costs. All concur. (One order confirms the report of the commissioners and the other order amends the previous order.)